# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILIA CHAVEZ | : |
| | : |
| v. | : CIVIL ACTION NO. 18-1769 |
| | : |
| SOUTHWEST AIRLINES CO., ET AL. | : |

## O R D E R

This  21st  day of   March  , 2019, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

BY:      /s/ Patricia Clark
          Civil Deputy to Judge McHugh

Copies EMAILED on 3/21/19 to:

cc: Bradley J. Stoll, Esquire
    J. Denny Shupe, Esquire
    Jonathan M. Stern, Esquire
    Stephen J. Shapiro, Esquire
    Patrick Bradley, Esquire